CV-11 6070

FILED
US [DISTRICT COURT EDNY]
LONG ISLAND OFFICE
2011

ENTERED

BIANCO, J.
BOYLE, M

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------x

Brooks, Christopher * 218996
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY TRIAL DEMAND
YES ✔   NO ____

-against-

1<sup>s</sup> Precint Police Dept
Joseph L. Madarada
John Angus

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------------x

I.   Previous Lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment? Yes ( ) No (✔)

   B.   If your answer to A is yes, describe each lawsuit in the space below
        (If there is more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs:  Christopher Brooks

            Defendants:  Joseph L. Madaracd
                         John Angus

        2. Court (if federal court, name the district;
           if state court, name the county)
           N/A

        3. Docket Number N/A

4. Name of the Judge to whom case was assigned: N/A

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) N/A

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: 110 Center Dr. Riverhead, NY 11901

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? I told them, they said it happened on the outside and nothing to do with them

2. What was the result? I went to Law Library and filed 2 1983 for Police Brutality

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff Christopher Brooks

Address 110 Center Dr. River Hced, NY 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1   John Angus

Defendant No. 2   Joseph L. Madonada

Defendant No. 3   all officers associated with, including the officers involved in this.

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV.   Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I was riding my bike, when police of the West Babylon First Precint dumped out and started TASERING me with a TASER GUN multiple times for no reason. Then they punched and kicked me several times. And then I was taken to Good Samariten Hospital to get the Taser Hooks out of me, and then taken to the First Precent Station and Beatened until I signed a Statement they wrote against me & gave me two assault 2 Charges to Cover themselves for tasing me repeatily, & also beating me Continuously, & on Charge me with resisting arrest. to back themselves John, Angus, Joseph L. Maldonado, other police officials, is from actual incident Dec 30, 2005.

IV. A   If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I did not recieve no medical attention afterwards, also in River Head C.F., Yaphank C.F. Could not get proper Medical attention. Just unprofessional conduct, verbal abuse from Nurse(s), Corr. officials when ever called for blood pressure check. Filed Medical Complaint no" action taken as usual."

V. Relief:

State what relief you are seeking if you prevail on your complaint.

free from this unlawful Confinement, dismiss of all charges. Protection from all officers & associated with, including the officers who continue harrass, ass-ault and inflict physical injury to my per-son including broken bones.

I declare under penalty of perjury that on  12 - 9 - 11 , I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this  on  day of 12 - 8 - , 20 11 . I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

Name of Prison Facility
River Head, C.F.
110 Center Drive
River Head, NY 11901
Address

218996
Prisoner ID#