# ORIGINAL

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 1? 2012   ★

LONG ISLAND OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 13 2012   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------x

**Brooks, Christopher**
Full name of plaintiff/prisoner ID#

Plaintiff,

-against-

**1st precinct police Dept., et al**

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------------------x

JURY TRIAL DEMAND
YES ✓   NO ___

AMENDED COMPLAINT
11-CV-6070 (MKB)(ETB)

I.   Previous Lawsuits:

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No (✓)

    B.   If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

         Plaintiffs: **Brooks, Christopher**

         Defendants: **1st precinct police Dept, et al**

       2. Court (if federal court, name the district; if state court, name the county)  **N/A**

       3. Docket Number: **N/A**

    4. Name of the Judge to whom case was assigned: __N/A__

    5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. Place of Present Confinement: __110 Center Dr. Riverhead, NY 11901__

    A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

    B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (✓) No ( )

    C. If your answer is YES,

        1. What steps did you take? __I told them, they said it happened on outside & nothing to do with them__

        2. What was the result? __I want to Law Library and filed 1983 for police brutality__

    D. If your answer is NO, explain why not _____

    E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No (✓)

    F. If your answer is YES,

        1. What steps did you take? _____

        2. What was the result? _____

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Brooks, Christopher

Address  110 Center Dr. Riverhead, NY 11901

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    John Angus PID 40464 pq/6151

Defendant No. 2    Maldonado, Joseph L. PID 40084 po/5764

Defendant No. 3    Cirenza, Guido, P PID 33613 DA/1381

Defendant No. 4    Raleigh Brian J PID 40194 po/5920

Defendant No. 5    Reiter, Ronald H. PID 33664 po/~~botsly~~ 4822,

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I was riding my bike, when police of West Babylon 1st precinct dumped out & started Tasering me with a Taser gun multiple times for "no" reason, Then they punched & kicked me several times, & then I was taken to good Sam. Hospital to get the taiser hooks out of me, & then taken to the precinct station & beatened until I signed a statement they created against me & gave me two assault second degree charges to cover themselves for tasing me repeatily, & beating me continuaully, an charge me with re-sisting arrest to cover themselves

IV. A  If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

I did not recieve "no" medical attention afterwards, also in correctional facility Riverhead, yaphank could not get proper medical attention. Just unprofessional conduct, verbal abuse from nurse(s), Corr. officials when ever called for blood pressure check, filed medical complaint "no" action taken as usual these faci-lities precedures "!

V. Relief:

State what relief you are seeking if you prevail on your complaint.

Free from this unlawful confinement, dismiss of all charges. protection from all officers & associated with, including the Corr. officials whom continue to harass, assault & inflict physical injury to my person including broken bones.

I declare under penalty of perjury that on __4-13-12__, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this __on__ day of __4-13__, 20__12__. I declare under penalty of perjury that the foregoing is true and correct.

_Brooks Christoph_
Signature of Plaintiff

Riverhead, Corr. fac.
Name of Prison Facility

110 Center Drive
Riverhead, NY 11901
Address

218996
Prisoner ID#